IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALLAN SEAGER,

    Petitioner,

vs.                                            No. 2: 20-cv-01261-KWR-LF

DWAYNE SENTIESTEVAN, WARDEN,
ATTORNEY GENERAL OF THE STATE OF
NEW MEXICO,

    Respondents.
.

## FINAL JUDGMENT

**THIS MATTER** having come before the Court under Rules 4 and 11 of the Rules Governing Section 2254 Cases on the Petition under 28 U.S.C. § 2254 for a writ of habeas corpus by a person in state custody filed by Petitioner Allan Seager (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the Motion,

**IT IS ORDERED** that **JUDGMENT** is hereby entered and the Petition under 28 U.S.C. § 2254 for a writ of habeas corpus by a person in state custody filed by Petitioner, Allan Seager (Doc. 1) is **DISMISSED FOR LACK OF JURISDICTION.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE